FORM B5
(12/02)

# United States Bankruptcy Court

**Western** District of **New York**

## INVOLUNTARY PETITION

| IN RE (Name of Debtor - If Individual: Last, First, Middle) | ALL OTHER NAMES used by debtor in the last 6 years (Include married, maiden, and trade names.) |
|---|---|
| RUDIN, Michael B. | |

| SOC. SEC./TAX I.D. NO. (If more than one, state all.) | |
|---|---|
| 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 | |

| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code) | MAILING ADDRESS OF DEBTOR (If different from street address) |
|---|---|
| 3760 Rush-Mendon Road<br>Mendon, New York 14506 | |
| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS: Monroe | |

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

[X] Chapter 7    [ ] Chapter 11

## INFORMATION REGARDING DEBTOR (Check applicable boxes)

Petitioners believe:
[ ] Debts are primarily consumer debts
[X] Debts are primarily business debts (complete sections A and B)

TYPE OF DEBTOR
[X] Individual    [ ] Corporation Publicly Held
[ ] Partnership   [ ] Corporation Not Publicly Held
[ ] Other: _____

A. TYPE OF BUSINESS (Check one)
[X] Professional    [ ] Transportation    [ ] Commodity Broker
[ ] Retail/Wholesale [ ] Manufacturing/    [ ] Construction
[ ] Railroad         Mining               [ ] Real Estate
                    [ ] Stockbroker       [ ] Other

B. BRIEFLY DESCRIBE NATURE OF BUSINESS

Former attorney; officer and director of Bristol Group of New York, Ltd.

## VENUE

[X] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

[ ] A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District.

## PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| | | |
| Relationship | District | Judge |
| | | |

## ALLEGATIONS
(Check applicable boxes)

COURT USE ONLY

1. [X] Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. § 303(b).
2. [X] The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.
3.a. [X] The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute;
    or
b. [ ] Within 120 days preceding the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

FILED 03 DEC 12 AM 8:58 U.S. BANKRUPTCY COURT W.D.N.Y. - ROCHESTER

*If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.*

| | |
|---|---|
| FORM 5 Involuntary Petition (12/02) | Name of Debtor _____ <br> Case No. _____ (court use only) |

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| X _____ <br> Signature of Petitioner or Representative (State title) <br> Dale E. Baker    December 12, 2003 <br> Name of Petitioner          Date Signed <br><br> Name & Mailing Address of Individual Signing in Representative Capacity <br> Shorebird Apartments <br> 1362 South Vineyard <br> Apt. 1118 <br> Mesa, Arizona 85210 | X _Thomas J. Wirth_____ Date ____ <br> Signature of Attorney <br> Jaeckle Fleischmann & Mugel, LLP <br> Name of Attorney Firm (If any) <br> 39 State Street, Suite 200, Roch., NY 14614 <br> Address <br> (585) 262-3640 <br> Telephone No. |
| X _____ <br> Signature of Petitioner or Representative (State title) <br><br> Name of Petitioner          Date Signed <br><br> Name & Mailing Address of Individual Signing in Representative Capacity | X _____ Date ____ <br> Signature of Attorney <br><br> Name of Attorney Firm (If any) <br><br> Address <br><br> Telephone No. |
| X _Karen Volturno_____ <br> Signature of Petitioner or Representative (State title) <br> Karen Volturno    December 11, 2003 <br> Name of Petitioner          Date Signed <br><br> Name & Mailing Address of Individual Signing in Representative Capacity <br> 154 New Wickham Drive <br> Penfield, NY 14526 | X _____ Date ____ <br> Signature of Attorney <br><br> Name of Attorney Firm (If any) <br><br> Address <br><br> Telephone No. |

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Dale E. Baker, Shorebird Apartments <br> 1362 South Vineyard, Apt. 1118, Mesa, AZ 85210 | Fraud, breach of Securities Agreement | $144,000 plus atty fees+interest |
| Karen Volturno, 154 New Wickham Drive <br> Penfield, NY 14526 | Restitution, grand larceny, 3rd degree | $43,062.16 |
| | | |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

Total Amount of Petitioners' Claims
$187,062.16 plus
atty fees & interest

_____ continuation sheets attached

Case 2-03-24957-JCN, Doc 1, Filed 12/12/03, Entered 12/12/03 09:12:15, Description: Main Document , Page 2 of 2